FILED
CLERK U.S. DISTRICT COURT
NOV 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA PRINTEX INDUSTRIES, INC. | Case No. CV09-04369 JFW (RZx) |
| | Honorable John F. Walter |
| Plaintiffs, | Complaint filed: June 18, 2009 |
| v. | |
| BURLINGTON COAT FACTORY DIRECT CORPORTION; NEXXEN APPAREL, INC.; S-ONE TEXTILES, INC. and DOES 1 through 10, inclusive, | [PROPOSED] JUDGMENT AS AGAINST DEFENDANT ~~BELK, INC.~~ S-One Textiles, Inc. |
| | [FRCP 55; L.R. 55] |
| Defendants. | DATE: November 30, 2009<br>TIME: 1:30 p.m.<br>CTRM: 16 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PROPOSED JUDGMENT

This cause having come before the Court on the motion of Plaintiff LA PRINTEX INDUSTRIES, INC., for Entry of Judgment and Permanent Injunction as against Defendant, S-ONE TEXTILES, INC., and the issues having been duly heard and a decision duly rendered,

It is ORDERED and ADJUDGED that Judgment shall be and is hereby entered in the within action against Defendant S-ONE TEXTILES, INC., as follows:

1. Defendant S-ONE TEXTILES, INC., is found to have infringed Plaintiff's Copyright Registration VA 1-333-189.

2. Defendant S-ONE TEXTILES, INC., is ENJOINED from infringing Plaintiff's Copyright Registration VA 1-333-189, in any manner, by importing, manufacturing, distributing, advertising, selling and/or offering for sale any goods or products which bear, feature, picture, reproduce, copy or use any image, or bear a substantial similarity to any image registered with the United States Copyright Office under Copyright Registration VA 1-333-189.

3. Plaintiff LA PRINTEX INDUSTRIES, INC. shall recover from Defendant S-ONE TEXTILES, INC.,

   A. Damages in the amount of $30,000,

   B. Attorneys fees in the amount of $2,400,

C. Interest thereon at the rate of 0.39 percent from the date of this Judgment, or $0.35 per day, for the first year, and compounded annually thereafter, pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

DATE: 11-20, 2009

Hon. John F. Walter
United States District Court Judge

PROPOSED JUDGMENT